# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northland Royalty Corp., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Statoil Oil & Gas L.P., | ) Case No. 4:15-cv-001 |
| Defendant. | ) |

The court held a status conference with the parties by telephone on February 27, 2018. Pursuant to its discussion with the parties, the court **ORDERS** that the parties shall meet and confer and thereafter submit a report by April 1, 2018, identifying the "title documents" yet to be obtained, outlining the anticipated timetable for the production of these "title documents," and proposing a schedule for briefing the remaining issues.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court